# United States Court of Appeals

## For the First Circuit

No. 01-1713

GABRIEL FAGOT RODRIGUEZ, ET AL.,

Plaintiffs, Appellants,

v.

THE REPUBLIC OF COSTA RICA, ET AL.,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued July 15, 2002 should be amended as follows:

On page 8, line 9 of footnote 5, replace "could" with "court."